# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WANDA L. BOWLING § | |
| § | Civil Action No. 4:18-CV-610 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| CRAIG PENFOLD, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 7, 2019, the report of the Magistrate Judge (Dkt. #126) was entered containing proposed findings of fact and recommendations that Defendant Craig A. Penfold's Motion to Dismiss Plaintiff's Original Complaint or for More Definite Statement (Dkt. #42) should be granted in part.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Penfold's Motion to Dismiss Plaintiff's Original Complaint or for More Definite Statement (Dkt. #42) is **GRANTED IN PART**. Specifically, Defendant Penfold's Motion to Dismiss is **DENIED** and Defendant Penfold's Motion for More Definite Statement is **GRANTED**. The Magistrate Judge shall issue an order directing Plaintiff to file an amended complaint.

**IT IS SO ORDERED**.

**SIGNED this 17th day of September, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE